IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CLEVELAND TURNER, #223563,   )
                             )
        Plaintiff,           )
                             )
       v.                 )     CASE NO. 2:19-CV-587-WKW
                             )             [WO]
CHERYL PRICE and CHARLES   )
DANIELS,                   )
                             )
       Defendants.     )

## ORDER

On August 30, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 5.) Upon an independent review of the record, it is ORDERED as follows:

(1)    The Recommendation (Doc. # 5) is ADOPTED;

(2)    Plaintiff's claims alleging violations of his constitutional rights are DISMISSED with prejudice in accordance with 28 U.S.C. § 1915(e)(2)(B)(i) and (iii); and

(3)    Plaintiff's supplemental state-law claims are DISMISSED without prejudice to any right Plaintiff may have to proceed on these claims before the state courts, *see* 28 U.S.C. § 1367(c)(3).

Final judgment will be entered separately.

DONE this 26th day of September, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE
